| **Information to identify the case:** | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **John T Case JR** | | | Social Security number or ITIN | **xxx–xx–7874** |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | | Social Security number or ITIN | _ _ _ _ |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | | | Date case filed for chapter 13 | **4/8/16** |
| Case number: | **16–12063** | | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John T Case JR | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2993 Curtis St Lot D–28<br>Des Plaines, IL 60018 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegellaw@hotmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312–431–1300 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 4/12/16 |

**For more information, see page 2**

Official Form 309I                    **Notice of Chapter 13 Bankruptcy Case**                    page 1

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 10, 2016 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number**. | **Location: 224 South Michigan, Suite 800, Chicago, IL 60604** |
| **8.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** <br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or <br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/11/16** |
| | | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/8/16** |
| | | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/5/16** |
| | | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9.** | **Filing of plan** | The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held on: **6/1/16** at **10:30 AM**, Location: **219 South Dearborn, Courtroom 644, Chicago, IL 60604** **The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00** If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11.** | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13.** | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 16-12063-PSH
John T Case, JR Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: carmstead     Page 1 of 2     Date Rcvd: Apr 12, 2016
                    Form ID: 309I     Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2016.
```
db             +John T Case, JR,    2993 Curtis St Lot D-28,    Des Plaines, IL 60018-6400
24411008        Bank of America Home Loans,    Correspondance/Bankruptcy Dept.,    ca6-919-01-41 PO Box 5170,
                 Simi Valley, CA 93062
24411010       +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
24411018        Cook County Clerk,    118 N. Clark St., Room 112,    Chicago, IL 60602-1332
24411019        Cook County Treasurer,    PO Box 4488,    Carol Stream, IL 60197-4488
24411025        GECRB/Newegg,    PO Box 981439,    El Paso, TX 79998-1439
24411030        ILL Bone & Joint/Ctr Orthopaed,    135 South LaSalle Dpt 1052,    Chicago, IL 60674-1052
24411034        Presence Health,    Patient Financial Services,    1643 Lewis Ave, Ste 203,
                 Billings, MT 59102-4151
24411035       +Presence Health,    Patient Financial Services,    621 17th Street, Ste 1800,
                 Denver, CO 80293-0621
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: davidsiegellaw@hotmail.com Apr 13 2016 01:50:58      David M Siegel,
                 David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr             +E-mail/Text: courtnotices@chi13.com Apr 13 2016 01:52:18      Marilyn O Marshall,
                 224 South Michigan Ste 800,    Chicago, IL 60604-2503
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Apr 13 2016 01:52:28      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
24411007        EDI: BANKAMER.COM Apr 13 2016 01:24:00      Bank of America,    PO Box 982238,
                 El Paso, TX 79998-2238
24411006       +EDI: BANKAMER.COM Apr 13 2016 01:24:00      Bank of America,    Bankruptcy Department,
                 CA6-919-0241, PO Box 5170,    Simi Valley, CA 93062-5170
24411009       +EDI: BANKAMER.COM Apr 13 2016 01:24:00      Bank of America Home Loans,    450 American St.,
                 Simi Valley, CA 93065-6285
24411013        EDI: CAPITALONE.COM Apr 13 2016 01:24:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
24411011        EDI: CAPITALONE.COM Apr 13 2016 01:24:00      Cap One,    Bankruptcy Dept.,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
24411012       +EDI: CAPITALONE.COM Apr 13 2016 01:24:00      Capital 1 Bank,    Attn: General Correspondence,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
24411014        EDI: CAPITALONE.COM Apr 13 2016 01:24:00      Capital One, N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
24411015       +EDI: CITICORP.COM Apr 13 2016 01:24:00      Citi,    Attn: Bankruptcy Department,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
24411016        EDI: CITICORP.COM Apr 13 2016 01:24:00      Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
24411017       +EDI: CITICORP.COM Apr 13 2016 01:24:00      Citibank NA,    PO Box 769006,
                 San Antonio, TX 78245-9006
24411020        EDI: DISCOVER.COM Apr 13 2016 01:24:00      Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850
24411021        EDI: RMSC.COM Apr 13 2016 01:24:00      GECRB/Amazon,    PO Box 981439,    El Paso, TX 79998-1439
24411023        EDI: RMSC.COM Apr 13 2016 01:24:00      GECRB/Amazon PLCC,    PO Box 965015,
                 Orlando, FL 32896-5015
24411024       +EDI: RMSC.COM Apr 13 2016 01:24:00      GECRB/Lowe,    PO Box 981400,    C811,
                 El Paso, TX 79998-1400
24411026        EDI: RMSC.COM Apr 13 2016 01:24:00      GECRB/Walmart,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
24411022       +EDI: RMSC.COM Apr 13 2016 01:24:00      Gecrb/Amazon,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
24411028        EDI: RMSC.COM Apr 13 2016 01:24:00      Gemb/AMAZO,    PO Box 981432,    El Paso, TX 79998-1432
24411027       +EDI: RMSC.COM Apr 13 2016 01:24:00      Gemb/Amazo,    Bankruptcy Department,    PO Box 103104,
                 Roswell, GA 30076-9104
24411029       +EDI: RMSC.COM Apr 13 2016 01:24:00      Gemb/Lowe's,    Bankruptcy Department,    PO Box 103104,
                 Roswell, GA 30076-9104
24411032        EDI: IRS.COM Apr 13 2016 01:24:00      IRS,    Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
24411031        E-mail/Text: rev.bankruptcy@illinois.gov Apr 13 2016 01:52:55
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
24411033       +EDI: MERRICKBANK.COM Apr 13 2016 01:23:00      Merrick Bank,    10705 S. Jordan Gtwy Ste. 200,
                 South Jordan, UT 84095-3977
24411037        EDI: RMSC.COM Apr 13 2016 01:24:00      SYNCB/AMAZON PLCC,    PO Box 965015,
                 Orlando, FL 32896-5015
24411036        EDI: CITICORP.COM Apr 13 2016 01:24:00      Shell/Citi,    PO Box 6497,
                 CITIBANK CREDIT BUREAU DISPUTE,    Sioux Falls, SD 57117-6497
24411040        EDI: USBANKARS.COM Apr 13 2016 01:24:00      US Bank,    1200 Energy Park Drive,
                 Saint Paul, MN 55108
24411038        EDI: USBANKARS.COM Apr 13 2016 01:24:00      US Bank,    425 Walnut St.,    Cincinnati, OH 45202
24411039        EDI: USBANKARS.COM Apr 13 2016 01:24:00      US Bank,    Attn: Bankruptcy Dept,    PO Box 5229,
                 Cincinnati, OH 45201-5229
                                                                                              TOTAL: 30
```

```
District/off: 0752-1          User: carmstead            Page 2 of 2                  Date Rcvd: Apr 12, 2016
                              Form ID: 309I              Total Noticed: 39
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2016 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 John T Case, JR davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Marilyn O Marshall    courtdocs@chi13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3